UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW BABICK, JR.,

    Petitioner,

                                                  Case No. 1:03-cv-20

v

                                                  Hon. Wendell A. Miles

MARY BERGHUIS, WARDEN,
BROOKS CORRECTIONAL FACILITY,

    Respondent.

_____/

## JUDGMENT

The petition for writ of habeas corpus is denied.

Entered this 29th day of January, 2008.

                                                         /s/ Wendell A. Miles
                                                      Wendell A. Miles, Senior Judge